IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 4:18MJ3006 - 1 |
| Plaintiff, ) | |
| ) | **O R D E R** |
| -vs- ) | |
| Nelson Nicolas Nunez Acosta, ) | |
| Defendant. ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Cameron D. Kroeger, as a Criminal Justice Act Training Panel Member, to assist in the defense of Nelson Nicolas Nunez Acosta.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Cameron D. Kroeger is hereby assigned to assist AFPD Jessica L. Milburn in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Cameron D, Kroeger shall not be eligible to receive compensation for his services in this case.

AFPD Jessica L. Milburn shall continue to be primary counsel on behalf of the Defendant, Nelson Nicolas Nunez Acosta.

Dated: June 8, 2018

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge